# UNITED STATES DISTRICT COURT
for the
District of Colorado

United States of America )
v. )
)  Case No. 1:19-cr-00024-CMA
MIchael Allen Cardis )
)
*Defendant*

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: Alfred A. Arraj U.S. Courthouse located at: 901 19th Street, Denver, CO 80294
*Place*

on  *as directed*
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.