# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-000024-CMA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

1.   **MICHAEL ALLEN CARDIS,**
    *a.k.a Michael Allan Cardis,*

    **Defendant.**

---

## GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G § 3E1.1(b)

---

The United States of America respectfully moves for an additional one-level reduction in defendant Michael Allen Cardis's offense level pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines. Defendant's agreement to plead guilty and timely notice thereof permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

Dated: October 3rd, 2019.

Respectfully submitted,
JASON R. DUNN
United States Attorney


By: *s/ Sarah H. Weiss*
SARAH H. WEISS
VALERIA N. SPENCER
Assistant United States Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Sarah.Weiss@usdoj.gov
         Valeria.Spencer@usdoj.gov
Attorneys for the United States

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of October, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: *s/ Sarah H. Weiss*
SARAH H. WEISS
VALERIA N. SPENCER
Assistant United States Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Sarah.Weiss@usdoj.gov
      Valeria.Spencer@usdoj.gov
Attorneys for the United States